Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Demza Masonry, LLC and Commonwealth
Capital, LLC
Debtor

Case No.: 21−18868−CMG
Chapter 7

Daniel E. Straffi, Trustee
Plaintiff

v.

Amazon.com, LLC
Defendant

Adv. Proc. No. 23−01346−CMG            Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 6, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8
Mediation Order. Andrew J. Kelly(Mediator) added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2024. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 6, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Daniel E. Straffi, Trustee,
    Plaintiff
Amazon.com, LLC,
    Defendant

Adv. Proc. No. 23-01346-CMG

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 06, 2024 | Form ID: orderntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| md | Andrew J. Kelly(Mediator), The Kelly Firm, P.C., 1101 Route 71, Suite 200, Spring Lake, NJ 07762 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: bankruptcynotices@amazon.com | Feb 06 2024 20:47:00 | Amazon.com, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| pla | + Email/Text: bktrustee@straffilaw.com | Feb 06 2024 20:46:00 | Daniel E. Straffi, Trustee, 670 Commons Way, Toms River, NJ 08755-6431 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

**Name**      **Email Address**

Daniel E. Straffi
    on behalf of Plaintiff Daniel E. Straffi  Trustee bktrustee@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David S. Catuogno

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 06, 2024 | Form ID: orderntc | Total Noticed: 3

on behalf of Defendant Amazon.com  LLC david.catuogno@klgates.com

TOTAL: 2